**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RAYMOND GALBREATH, | ) | CASE NO. ED CV 11-00647 CJC (RZ) |
| Petitioner, | ) | |
| vs. | ) | JUDGMENT |
| L.S. McEWEN, WARDEN, | ) | |
| Respondent. | ) | |

This matter came before the Court on the Petition of RAYMOND GALBREATH, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 19, 2011

*[signature]*

CORMAC J, CARNEY
UNITED STATES DISTRICT JUDGE